CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Richard Levin
Daniel Slifkin
Michael A. Paskin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
-------------------------------------------------------------X
: 
LEHMAN BROTHERS HOLDINGS INC., :
LEHMAN BROTHERS SPECIAL FINANCING :
INC., LEHMAN BROTHERS COMMODITY :
SERVICES INC. and LEHMAN BROTHERS :
COMMERCIAL CORP., :
:
Plaintiffs, :
:
-against- : Adv. Proc. No. 13-01676 (JMP)
:
CREDIT SUISSE, CREDIT SUISSE : **DEFENDANTS' CORPORATE**
INTERNATIONAL, CREDIT SUISSE ENERGY : **OWNERSHIP STATEMENT**
LLC and CREDIT SUISSE SECURITIES :
(EUROPE) LTD., :
:
Defendants. :
:
-------------------------------------------------------------X

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants, by their undersigned counsel, state as follows:

Credit Suisse AG (f/k/a Credit Suisse) is a wholly owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of Switzerland and whose shares are listed on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Credit Suisse International is a jointly owned subsidiary of Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG itself is a wholly owned subsidiary of Credit Suisse Group AG.

Credit Suisse Energy LLC is a wholly owned subsidiary of Credit Suisse (USA) Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA) Inc., which in turn is a jointly owned subsidiary of: (1) Credit Suisse Group AG Guernsey Branch, which is a branch of Credit Suisse Group AG, and (2) Credit Suisse AG, which itself is a wholly owned subsidiary of Credit Suisse Group AG.

Credit Suisse Securities (Europe) Ltd. is a wholly owned subsidiary of Credit Suisse Investment Holdings (UK), which in turn is a wholly owned subsidiary of Credit Suisse Investments (UK), which in turn is a wholly owned subsidiary of Credit Suisse AG, which in turn is a wholly owned subsidiary of Credit Suisse Group AG.

Credit Suisse Energy LLC transferred Claim Nos. 22828 and 22815 to Credit Suisse Loan Funding LLC on January 11, 2010, and pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, filed notices reflecting such transfers at Dkt. Nos. 6646 and 6645 of <u>In re Lehman Brothers Holdings, Inc.</u>, Case No. 08-013555 (JPM) (Bankr. S.D.N.Y. Jan. 13, 2010), and no longer holds any Claim challenged by

Plaintiffs in the Adversary Complaint and Objection to Claims (Dkt. No. 1).  Credit Suisse Loan Funding LLC is a wholly owned subsidiary of Credit Suisse (USA) Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA) Inc., which in turn is a jointly owned subsidiary of:  (1) Credit Suisse Group AG Guernsey Branch, which is a branch of Credit Suisse Group AG, and (2) Credit Suisse AG, which itself is a wholly owned subsidiary of Credit Suisse Group AG.

Dated:   January 27, 2014
         New York, New York

                                CRAVATH, SWAINE & MOORE LLP,

                                by  /s/ Michael A. Paskin
                                        Richard W. Clary
                                        Richard Levin
                                        Daniel Slifkin
                                        Michael A. Paskin
                                        Members of the Firm

                                Attorneys for Defendants
                                    Worldwide Plaza
                                    825 Eighth Avenue
                                    New York, NY 10019
                                      (212) 474-1000