**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
------------------------------------------------------------:
X
:
LEHMAN BROTHERS HOLDINGS INC., :
LEHMAN BROTHERS SPECIAL FINANCING :
INC., LEHMAN BROTHERS COMMODITY :
SERVICES INC. and LEHMAN BROTHERS :
COMMERCIAL CORP., :
:
:
:
Plaintiffs, :
: Adv. Proc. No. 13-01676 (SCC)
-against- :
:
CREDIT SUISSE, CREDIT SUISSE :
INTERNATIONAL, CREDIT SUISSE ENERGY :
LLC, and CREDIT SUISSE SECURITIES :
(EUROPE) LTD., :
:
:
X
Defendants.
-----------------------------------------------------------


## AMENDED SCHEDULING ORDER

**WHEREAS**, Plaintiffs Lehman Brothers Special Financing, Inc., Lehman Brothers

Commodity Services Inc., Lehman Brothers Commercial Corp. and Lehman Brothers Holdings

Inc. (collectively, "Lehman") filed an adversary complaint and claims objection against Credit

Suisse, Credit Suisse International, Credit Suisse Energy LLC and Credit Suisse Securities

(Europe) Ltd. (collectively, "Credit Suisse"; together with Lehman, the "Parties") on November 6, 2013;

**WHEREAS**, the Parties filed a Scheduling Order and Discovery Plan with the Court on January 22, 2014, which was approved by the Court on February 19, 2014; and

**WHEREAS**, the Parties having reached agreement on the terms of this Amended Scheduling Order, the Court hereby adopts the following schedule and discovery plan.

1. **No Amendments to Discovery Plan.** All provisions of the Scheduling Order and Discovery Plan entered on February 19, 2014 that are not specifically amended in this Amended Scheduling Order will continue to be of full force and effect.

2. **Amended Schedule.**

    a. **Fact Discovery**

    i. The Parties may serve document requests from January 31, 2014 through October 27, 2014.

    ii. Document discovery shall be substantially completed on or before March 17, 2015, with documents produced on a rolling basis.

    iii. Privilege logs shall be served within 30 days of the production from which the logged documents have been excluded, and the logging of privileged documents shall be substantially completed on or before April 15, 2015.

    iv. No depositions shall be taken before January 15, 2015.

    v. All fact discovery, including depositions but not including requests for admissions, shall be completed on or before August 17, 2015.

    vi. Requests for admissions shall be served on or before January 15, 2016. No response to any request for admission shall be required of any Party until February 16, 2016.

    vii. Discovery from third parties shall be completed on the same schedule as Party discovery.

  b. **Expert Discovery**

    i. The Parties shall disclose the identities of any testifying expert witnesses and serve any expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) (made applicable to this matter pursuant to Fed. R. Bankr. P. 7026) on any issue(s) as to which that Party bears the burden of proof no later than October 15, 2015.

    ii. Any Party's expert report intended to rebut any other expert report shall be served no later than November 13, 2015.

    iii. All expert depositions shall be completed on or before December 17, 2015.

  c. **Dispositive Motions**

    i. Any dispositive motions shall be filed and served on or before March 9, 2016 subject to the parties' compliance with Local Rule 7056-1.

    ii. Oppositions to any dispositive motions shall be filed on or before April 7, 2016.

    iii. Reply briefs in further support of any dispositive motions shall be filed on or before May 11, 2016.

  d. **Modification of Schedule**

    i. The fact and expert discovery schedule (including with respect to requests for admissions) may be modified without leave of Court by agreement of the Parties.

    ii. The Parties, separately or by agreement, may apply to the Court for modification of any part of the schedule.

Dated: June 20, 2014
       New York, New York

| JONES DAY | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| By: */s/ Jayant W. Tambe* | By: */s/ Michael A. Paskin* |
|    Jayant W. Tambe |    Richard W. Clary |
|    Laura Washington Sawyer |    Richard Levin |
|    Benjamin Rosenblum |    Daniel Slifkin |
|    Patrick J. Smith |    Michael A. Paskin |
|    222 East 41st Street |    Worldwide Plaza |
|    New York, New York 10017 |    825 Eighth Avenue |
|    Telephone: (212) 326-3939 |    New York, New York 10019 |
| |    Telephone: (212) 474-1000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO-ORDERED:**
June 30, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE